

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

GEICO County Mutual Insurance
Company, Appellant

No. 06-19-00009-CV      v.

Tiya Bogale, Appellee

Appeal from the County Court at Law No. 1
of Travis County, Texas (Tr. Ct. No. C-1-
CV-17-009428). Memorandum Opinion
delivered by Justice Stevens, Chief Justice
Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, GEICO County Mutual Insurance Company, pay all costs of this appeal.

RENDERED JULY 3, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk